**People of the State of Illinois, Plaintiff-Appellee, v. Lester Wright (Impleaded), Defendant-Appellant.**

**Gen. No. 51,842. (Abstract of Decision.)**

First District, Second Division.

September 17, 1968.

Opinion by JUSTICE LYONS.

Not to be published in full.